IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-60200
Summary Calendar
_____


F.C. JOHNSON CONSTRUCTION COMPANY,

Petitioner,

versus

ROBERT B. REICH, Secretary of Labor,

Respondent.

_____

On Petition for Review of an Order of
the Occupational Safety and Health Review Commission
(94-2076)
_____

January 31, 1996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Having reviewed the record and the briefs of the parties, we
AFFIRM the final order of the Occupational Safety and Health Review
Commission granting the Secretary of Labor's motion for default
judgment based on the petitioner's failure to respond to discovery
requests.  29 C.F.R. § 2200.52(e) (1994).

A F F I R M E D.

_____

    [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.